THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-23-56-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| ANGEL CECILIA POMANI, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 19, 2024. (Doc. 61.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 17, 2024 and September 10, 2024. (Doc. 57.)  The United States accused Angel Pomani of violating the conditions of her supervised release by: (1) failing to report for her initial substance abuse treatment appointment on December 5, 2024; and (2) consuming alcohol on December 7, 2024. (Doc. 53 and 56.)

At the revocation hearings, Pomani admitted that she had violated the conditions of her supervised release by: (1) failing to report for her initial substance abuse treatment appointment on December 5, 2024; and (2) consuming alcohol on December 7, 2024 .  (Doc. 57.)

Judge Johnston found that the violations Pomani admitted prove to be serious and warrant revocation, and recommended that Pomani receive a custodial sentence until January 17, 2025, with 30 months of supervised release to follow. During the first 180 days of supervised release, Pomani shall be placed in a residential reentry center as directed by her probation officer. (Doc. 61.) The Court advised Pomani of her right to appeal and to allocute before the undersigned.  (Doc. 57.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc. 61) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Angel Pomani be sentenced to a term of custody until January 17, 2025, with 30 months of supervised release to follow. During the first

180 days of supervised release, Pomani shall be placed in a residential reentry center as directed by her probation officer.

DATED this 23rd day of December 2024.

_____
Brian Morris, Chief District Judge
United States District Court