**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ANGEL CECILIA POMANI,<br><br>Defendant. | **CR-23-56-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 17, 2026. (Doc. 91.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 15, 2026. (Doc. 87.) The government accused Angel Pomani (Pomani) of violating the conditions of her supervised release by: (1)failing to attend a mental health

treatment session of June 17, 2026; (2) communicating or interacting with a known felon, Dewayne Shoots, Jr., during June of 2026, without the permission of her probation officer; and (3) leaving the Great Falls Pre-Release Center on June 26, 2026, without permission, with her whereabouts unknown since that time; by: (4) committing another federal, state or local crime by being charged on September 1, 20026, with the misdemeanor offense of Obstructing a Peace Officer, in violation of Mont. Code Ann. § 45-7-302(1); and (5) communicating or interacting with a known felon, Robert Dancing Feather Gutierrez, on September 1, 2026, without the permission of her probation officer (Docs. 83 and 85.)

At the revocation hearing, Pomani admitted that she had violated conditions 1-3 and 5 as set forth in the Petition. The Government moved to dismiss alleged violation 4, which the Court granted. Judge Johnston advised Pomani of her right to appeal and to allocute before the undersigned. (Doc. 87.)

Judge Johnston found that the violations Pomani admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 12 months and 1 day, no supervised release to follow. (Doc.91.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 91) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Angel Pomani be sentenced to a term of custody of 12 months and 1 day, with no supervised release to follow.

DATED this 7th day of October 2026.

Brian Morris, Chief District Judge
United States District Court